# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 9, 2022

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Joel Alvarez-Espinal**
**21 Cr. 495 (DLC)**

Dear Judge Cote:

    I write in response to the Court's January 19 order. Mr. Alvarez-Espinal does not intend to go to trial. To that end, I would like to request a change of plea hearing on February 28, March 1, or March 2, if these dates are amenable to the Court. I will be in trial beginning next week and unable to schedule a proceeding sooner.

*[Handwritten note: The plea will be taken on 3/1/22 at 2:00 pm in Courtroom 18B. /s/ Denise Cote 2/9/22]*

Respectfully submitted,

/s/Zawadi Baharanyi

Zawadi Baharanyi, Esq.
Counsel for Julian Alvarez-Espinal
212-417-8735

cc:    AUSA Matthew Shahabian.