UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :        21cr495 (DLC)
                                        :
JOEL ALVAREZ-ESPINAL,                   :        ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter is moved to **May 17, 2022 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           May 3, 2022

                                                  _____
                                                       DENISE COTE
                                        United States District Judge